JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation, | Case No.: 2:14-cv-04790(MWF)(FFMx) |
| Plaintiff, | Hon. Michael W. Fitzgerald |
| v. | **JUDGMENT AND ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT FREEHUG APPAREL, INC.** |
| FREEHUG APPAREL, INC., a California corporation, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10, | |
| Defendants. | |

WHEREAS, the plaintiff in this action is Sweet People Apparel, Inc. d/b/a MISS ME ("Sweet People"); and

WHEREAS, the defendant in this action is Freehug Apparel, Inc. ("Freehug" or the "Defaulting Defendant"); and

WHEREAS, Sweet People is the owner of a U.S. copyright registration for its Angel Wing Design (U.S. Reg. No. VA 1-733-501), which it uses on and in connection with its MISS ME line of jeanswear products (the "Angel Wing Design Copyright"), copies of the aforesaid registration certificate, and a photograph of a representative example of a Sweet People jeanswear product bearing the Angel Wing Design, being attached hereto as Exhibit A and incorporated herein by reference; and

WHEREAS, Sweet People is the owner of its FABRIC CUT OUT DESIGN Trademark (U.S. Reg. No. 4,065,486), a copy of the registration certificate, and a photograph of a representative example of a Sweet People MISS ME brand jeanswear product bearing the FABRIC CUT OUT DESIGN Trademark, being attached hereto as Exhibit B and incorporated herein by reference; and

WHEREAS, on June 20, 2014, Sweet People filed its Complaint against the Defaulting Defendant, alleging that the Defaulting Defendant designed, manufactured, purchased, imported, distributed, offered for sale and/or sold certain jeanswear products bearing designs that infringe its rights in and to the Angel Wing Design Copyright and FABRIC CUT OUT DESIGN Trademark (Dkt. No. 1); and

WHEREAS, the Defaulting Defendant was duly served with the Complaint by substituted service in Los Angeles, California on November 20, 2014 (Dkt. No. 16), and has not appeared or otherwise responded to the Complaint within the time period set forth in the Federal Rules of Civil Procedure; and

WHEREAS, on January 5, 2015, the Clerk entered Default against Freehug (Dkt. No. 18); and

WHEREAS for good cause shown, Sweet People is entitled to the issuance of a Judgment and Order, as follows:

1

1          **IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:**

2            1.     Default Judgment is entered against Freehug pursuant to the prayers for

3 relief in the Complaint on each of Sweet People's claims as set forth in the

4 Complaint, including its claims for (a) willful copyright infringement of Sweet

5 People's Angel Wing Design Copyright in violation of 17 U.S.C. § 501; (b) willful

6 trademark counterfeiting and infringement of Sweet People's FABRIC CUT OUT

7 DESIGN Trademark in violation of 15 U.S.C. § 1114; (c) willful common law

8 trademark infringement and unfair competition; and (d) willful unfair competition in

9 violation of California Business & Professions Code section 17200.

10            2.     Freehug has designed, manufactured, purchased, imported, distributed,

11 offered for sale and/or sold certain jeanswear products bearing designs that were

12 deliberately copied from and willfully infringed Sweet People's Angel Wing Design

13 Copyright and FABRIC CUT OUT DESIGN Trademark, photographs of such

14 infringing designs being attached hereto as Exhibit C (collectively, the "Infringing

15 Products").

16            3.     The Court **ORDERS** that Freehug, its subsidiaries, affiliates, divisions,

17 officers, directors, principals, servants, employees, successors and assigns, and all

18 those in active concert or participation with them, or under their direct or indirect

19 control, including all manufacturers, importers, suppliers, distributors and retailers of

20 any of the Infringing Products, or any other products bearing designs substantially

21 similar in appearance to Sweet People's Angel Wing Design Copyright, or

22 confusingly similar in appearance to Sweet People's FABRIC CUT OUT DESIGN

23 Trademark (collectively, the "Infringing Designs"), who receive notice of this Order,

24 are hereby immediately **ENJOINED, RESTRAINED** and **PROHIBITED** from:

25         (a)     Copying, imitating, or making any unauthorized use of Sweet People's

26               Angel Wing Design Copyright, or any design substantially similar
              thereto, including any use in violation of Sweet People's exclusive rights

27               in the Angel Wing Design Copyright as set forth in 17 U.S.C. § 106.

28         (b)     Copying, imitating, or making any unauthorized use of the Sweet

2

People's FABRIC CUT OUT DESIGN Trademark, or any designs confusingly similar thereto.

(c)     Manufacturing, importing, distributing, marketing, advertising, offering for sale and/or selling any product bearing an Infringing Design, including, without limitation, any of the Infringing Products, or any products bearing a design that is substantially similar to the Sweet People's Angel Wing Copyright, or that is confusingly similar to Sweet People's FABRIC CUT OUT DESIGN Trademark.

4.     Within five (5) business days of the date of this Order, Freehug shall serve upon all manufacturers, importers, suppliers, distributors and retailers of the Infringing Products a copy of this Order.

5.     Within ten (10) business days of the date of this Order, Freehug shall serve upon Sweet People's counsel, and file with the Court, a report of compliance identifying the steps it has taken to comply with the terms of Paragraph 2, 3 and 4 of this Order.

6.     Freehug is liable to Sweet People in the amount of **$20,000.00** in statutory damages as a result of Freehug's willful infringement of Sweet People's Angel Wing Design Copyright pursuant to 17 U.S.C. § 504(c).

7.     Freehug is liable to Sweet People in the amount of **$30,000.00** in statutory damages as a result of Freehug's willful counterfeiting and infringement of Sweet People's FABRIC CUT OUT DESIGN Trademark pursuant to 15 U.S.C. § 1117(c); and

8.     Freehug is liable to Sweet People in the amount of **$4,115.00**, representing Sweet People's costs and attorneys' fees.

9.     Freehug is liable to Sweet People for prejudgment interest on the amount of the Judgment in accordance with 28 U.S.C. § 1961; and

///

///

///

3

1      10.    The Court retains jurisdiction of this action for the purpose of enforcing

2  the provisions of this Judgment and Order by way of contempt motion or otherwise.

3

4      IT IS SO ORDERED.

5

6  DATED: March 9, 2015                           _____

                                          MICHAEL W. FITZGERALD

                                          United States District Judge

1
2

**EXHIBIT A**

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-733-501

**Effective date of registration:**

September 3, 2010

### Title ──────────────────────────────

Title of Work:  ANGEL WING DESIGN

### Completion/Publication ──────────────

Year of Completion:  2009

Date of 1st Publication:  June 5, 2009       Nation of 1st Publication:  United States

### Author ─────────────────────────────

■       Author:  Sweet People Apparel, Inc.

Author Created:  Artwork Applied To Clothing

Work made for hire:  Yes

Citizen of:  United States

### Copyright claimant ───────────────────

Copyright Claimant:  Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 20004, United States

### Rights and Permissions ────────────────

Organization Name:  Sweet People Apparel, Inc.

Address:  4715 S. Alameda Street

Los Angeles, CA 20004  United States

### Certification ──────────────────────

Name:  Brent S. LaBarge

Date:  September 3, 2010

Applicant's Tracking Number:  21406.001

Page 1 of 1

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1

**EXHIBIT B**

2

3

4

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,065,486**

**Registered Dec. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,494,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**EXHIBIT C**

